**COX, WOOTTON, LERNER
GRIFFIN & HANSEN LLP**
LYNN L. KRIEGER (SBN 209592)
 LKrieger@CWLFirm.com
ZVONIMIR A. SOLA (SBN 317704)
 ZSola@CWLFirm.com
900 Front Street, Suite 350
San Francisco, CA 94111
 T: 415-438-4600
 F: 415-438-4601
Attorneys for Plaintiff-in-Limitation
ARAMARK SPORTS AND
ENTERTAINMENT SERVICES, LLC

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, as the owner of a certain 2017 Sea Ray – SDX, 220 Outboard.<br><br>For Exoneration from or Limitation of Liability. | Case No.:   2:25-cv-01112-DJC-JDP<br><br>**ORDER ON REQUEST TO EXTEND DEADLINE TO FILE RENEWED MOTION FOR ISSUANCE OF MONITION AND INJUNCTION**<br><br>[Federal Rule of Civil Procedure Supplemental Rule F]<br><br>Admiralty & Maritime Claim |

The request to extend the deadline to file a renewed Motion for Issuance of Monition and Injunction (**ECF No. 2**) is hereby GRANTED. The new deadline is now **May 15, 2025.**

IT IS SO ORDERED.


Dated:  May 6, 2025                             /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE