**COX, WOOTTON, LERNER
GRIFFIN & HANSEN LLP**
LYNN L. KRIEGER (SBN 209592)
 LKrieger@CWLFirm.com
ZVONIMIR A. SOLA (SBN 317704)
 ZSola@CWLFirm.com
900 Front Street, Suite 350
San Francisco, CA 94111
 T: 415-438-4600
 F: 415-438-4601
Attorneys for Plaintiff-in-Limitation
ARAMARK SPORTS AND
ENTERTAINMENT SERVICES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, as the owner of a certain 2017 Sea Ray – SDX, 220 Outboard.<br><br>For Exoneration from or Limitation of Liability. | Case No. 2:25-cv-01112-DJC-JDP<br><br>**ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION; ISSUING NOTICE; AND, APPROVING *AD INTERIM* STIPULATION FOR VALUE**<br><br>[Federal Rule Of Civil Procedure Supplemental Rule F]<br><br>Admiralty & Maritime Claim |

WHEREAS a complaint was filed in this Court by Plaintiff-in-Limitation ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC ("Plaintiff-in-Limitation"), owner of that of a certain 2017 Sea Ray – SDX, 220 Outboard, Hull Identification No. SERV2678C717 (the "Vessel"), on April 14, 2025, seeking exoneration from, or limitation of, liability as provided for by statute, for all losses, injuries, damages, and deaths resulting or arising from the Vessel's voyage on August 10, 2024;

WHEREAS appearing from the Plaintiff-in-Limitation's complaint that the value of the Vessel at the end of the voyage on August 10, 2024 did not exceed

$31,432.00, and that claims may be asserted against the Plaintiff-in-Limitation for loss, injuries, damage, or death, and that said claims are subject to limitation in the action now on file in this Court;

WHEREAS an *Ad Interim* Stipulation for Value was executed and filed by the Plaintiff-in-Limitation in the amount of $31,432.00 with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiff-in-Limitation's interest in the Vessel, if any;

**IT IS HEREBY ORDERED** that the above-described *Ad Interim* Stipulation for Value filed by the Plaintiff-in-Limitation with the Court for the benefit of claimants, in the sum of $31,432.00 with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiff-in-Limitation's interest in the Vessel, if any, is hereby approved;

**IT IS HEREBY ORDERED** that a notice and monition hereby issues out of, and under the seal of, this Court to and against all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject voyage of the Vessel on August 10, 2024, admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before 60 days after the filing of this Order, and to make due proof of their respective claims in such manner as may hereinafter be directed by further order of this Court, with liberty to any claimants who have duly filed their claims to answer the Plaintiff-in-Limitation's Complaint and to file such answer with the Clerk of this Court on or before the date specified above at U.S. District Court, Eastern District of California, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, 95814, and serve on or mail a copy thereof to Plaintiff-in-Limitation's attorneys, Lynn L. Krieger and Zvonimir A. Sola, 900 Front Street, Suite 350, San Francisco, CA 94111, or be DEFAULTED AND FOREVER BARRED;

**IT IS HEREBY ORDERED** that the Plaintiff-in-Limitation shall give public notice of said monition pursuant to Federal Rules of Civil Procedure, Supplemental

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: 415-438-4600
Fax: 415-438-4601

Rule F(4) for Certain Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of general circulation in Sacramento, California, once per week for four consecutive weeks prior to the deadline set out above for the filing of claims. The form of the notice shall conform substantially with the Notice to Claimants of Limitation of Liability Action and notice for publication concurrently submitted by the Plaintiff-in-Limitation, and included in its pleadings, and is approved by this Court;

**IT IS FURTHER ORDERED** that not later than the date of the second publication of said notice, the Plaintiff-in-Limitation shall mail a copy of said notice to every person and entity known to have made any outstanding claim against the Plaintiff-in-Limitation or the Vessel arising from the subject voyage;

**IT IS FURTHER ORDERED** that the institution or prosecution of any suit, action, or other legal or administrative proceeding of any nature in any venue (outside these proceedings) against the Plaintiff-in-Limitation or the Vessel, regarding any claim resulting or arising from the subject voyage ARE HEREBY ENJOINED, STAYED, AND RESTRAINED, said injunction to remain in effect until the determination of this action in this Court;

**IT IS FURTHER ORDERED** that service of this order as an Injunction shall be made by delivering a copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

**SO ORDERED** this 21st day of May, 2025, at Sacramento, California.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: 415-438-4600
Fax: 415-438-4601

3                                                  Case No. 2:25-cv-01112-DJC-JDP
ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION; ISSUING NOTICE;
AND APPROVING AD INTERIM STIPULATION FOR VALUE