COX, WOOTTON, LERNER
GRIFFIN & HANSEN LLP
LYNN L. KRIEGER (SBN 209592)
  LKrieger@CWLFirm.com
ZVONIMIR A. SOLA (SBN 317704)
  ZSola@CWLFirm.com
900 Front Street, Suite 350
San Francisco, CA 94111
  Telephone: (415) 438-4600
  Facsimile: (415) 438-4601

Attorneys for Plaintiff-in-Limitation
ARAMARK SPORTS AND
ENTERTAINMENT SERVICES, LLC

BRODSKY MICKLOW BULL & WEISS LLP
KURT MICKLOW (SBN 113974)
  kmicklow@bmbwlawfirm.com
EDWARD M. BULL III (SBN 141996)
  ebull@bmbwlawfirm.com
JARRETT MICKLOW (SBN 352356)
  jmicklow@bmbwlawfirm.com
955 Harbor Island Drive, Suite 130
San Diego, California 92101
  Telephone: (619) 225-8884
  Facsimile: (619) 225-880

Attorneys for Claimant MOHEY MERSAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, as the owner of a certain 2017 Sea Ray – SDX, 220 Outboard.<br><br>For Exoneration from or Limitation of Liability. | **Case No. 2:25-CV-01112-DJC-JDP**<br><br>STIPULATION AND ORDER LIFTING INJUNCTION ON THE STATE COURT ACTION AND STAYING THIS ACTION<br><br>Admiralty & Maritime Claim |

   Plaintiff-in-Limitation, ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC. (hereinafter "ARAMARK") and Claimant-Respondent MOHEY MERSAL (hereinafter "MERSAL") hereby submit their Stipulation and Proposed Order Lifting Injunction on the State Court Action and Staying This Action as follows:

## I. RECITALS

WHEREAS this action arises from a personal injury incident that occurred on August 10, 2024, on Lake Tahoe. On that date, a group of friends rented a motorboat from ARAMARK and used the motorboat, a certain 2017 Sea Ray – SDX, 220 Outboard, Hull Identification No. SERV2678C717 (hereinafter "the Vessel") to motor to Emerald Bay to swim. One member of the group, MERSAL, suffered a severe propeller injury while the group of friends was swimming from the Vessel in Emerald Bay on that date.

WHEREAS on October 8, 2024, MERSAL filed a Complaint for Personal Injuries with a Demand for Jury Trial in Sacramento Superior Court, Case No. 24CV020410 (hereinafter "the State Court Action"), which alleged a single cause of action for negligence against ARAMARK and other defendants. ARAMARK answered the Complaint in the State Court Action on November 27, 2024;

WHEREAS on April 14, 2025, ARAMARK filed a petition for exoneration from or limitation of liability in this Court pursuant to 28 U.S.C. § 1333, 46 U.S.C. § 30501, et seq. and under Rule 9(h) of the Federal Rules of Civil Procedures and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims. (DE #1). The petition seeks to exonerate or limit ARAMARK's liability for any and all claims arising out of the August 10, 2024 incident on Lake Tahoe;

WHEREAS, at ARAMARK's request, this Court approved ARAMARK's proposed Order Directing Monition and Injunction; Issue Notice; and Approving *Ad Interim* Stipulation For Value (DE #12) which, *inter alia*, enjoined MERSAL from pursuing the State Court Action pending further order of this Court. This Order also established a deadline for any and all claims arising out of the August 10, 2024, incident involving the Vessel to be filed in this action;

WHEREAS the only claimant to file a claim and answer to ARAMARK's petition within the monition period was Claimant MERSAL (DE #14);

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: 415-438-4600
Fax: 415-438-4601

2                                       Case No. 2:25-CV-01112-DJC-JDP
STIPULATION AND ORDER LIFTING INJUNCTION
ON THE STATE COURT ACTION AND STAYING THIS ACTION

WHEREAS the case authorities establish that in limitation of liability cases where there is but a single claimant to a limitation fund who had previously filed a state court action, it is well within the district court's discretion to dissolve its injunction to permit the single claimant to pursue a state court action by jury trial provided that a stipulation is entered that protects the vessel owner's right to have the federal court ultimately decide its right to seek limitation of liability. *See, Lewis v. Lewis & Clark Marine, Inc.*, 531 U.S. 438, 442, 454 (2001). To invoke the "single claimant exception", "a claimant "must" stipulate to the following: "(1) that the value of the limitation fund equals the combined value of the vessel and its cargo; (2) waive the right to claim res judicata based on any judgment rendered against the vessel owner outside of the limitation proceedings; and (3) concede the district court's exclusive jurisdiction to determine limitation of liability issues*." In re: Complaint of Ross Island Sand & Gravel*, 226 F.3d 1015, 1017 (9th Cir. 2000).

## II.   STIPULATIONS

WHEREFORE, based on the above, MERSAL hereby stipulates:

1.   that the $31,432.00 *ad interim* limitation fund ARAMARK posted herein equals the combined value of the accident vessel and its cargo and pending freight;

2.   to waive the right to claim res judicata based on any judgment rendered against ARAMARK outside of the limitation proceedings;

3.   to this district court's exclusive jurisdiction to determine limitation of liability issues.

WHEREFORE, based on the above, MERSAL and ARAMARK hereby stipulate and respectfully request that the Court order:

1.   that the injunction currently restraining MERSAL from pursuing the State Court Action be lifted;

2.   that the $31,432.00 *ad interim* limitation fund ARAMARK posted herein be deemed to equal the combined value of the accident vessel and its cargo

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: 415-438-4600
Fax: 415-438-4601

3                                   Case No. 2:25-CV-01112-DJC-JDP
STIPULATION AND ORDER LIFTING INJUNCTION
ON THE STATE COURT ACTION AND STAYING THIS ACTION

and pending freight following the August 10, 2024, incident on Lake Tahoe;

    3.    that the parties be permitted to litigate through trial if necessary the State Court Action and then return to this Court to litigate ARAMARK's right to limitation of or exoneration from liability if and only if the State Court Action, including any claims for contribution and/or indemnity result in a finding of liability against ARAMARK and the total amount of damages awarded against exceeds the $31,432.00 ad interim limitation fund ARAMARK has posted herein;

    4.    that if MERSAL obtains a judgment against ARAMARK in the case of *Mohey Mersal v. Travel Systems, LLC, et al*, Sacramento Superior Court, Case No. 24CV020410, he will not execute on said judgment without first returning to this Court to adjudicate ARAMARK's right to seek limitation of or exoneration from liability;

    5.    that the injunction preventing any other lawsuits or claims to be filed (DE #12) remains in effect as to all lawsuits and claims other than the State Court Action;

    6.    that MERSAL not seek a determination of ARAMARK's right to limit its liability in any proceeding other than the instant one;

    7.    that counsel for ARAMARK advise this Court immediately when the State Court Action is concluded; and

    8.    that until such time as this Court orders otherwise following the conclusion of the State Court Action, this case is STAYED.

    IT IS SO STIPULATED.

DATED: October 22, 2025        COX WOOTTON LERNER
                                              GRIFFIN & HANSEN LLP

                                              /s/ Zvonimir A. Sola
                                              Zvonimir A. Sola
                                              Attorneys for Plaintiff-in-Limitation
                                              ARAMARK SPORTS AND
                                              ENTERTAINMENT SERVICES, LLC

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: 415-438-4600
Fax: 415-438-4601

4                            Case No. 2:25-CV-01112-DJC-JDP
STIPULATION AND ORDER LIFTING INJUNCTION
ON THE STATE COURT ACTION AND STAYING THIS ACTION

DATED: October 22, 2025

BRODSKY MICKLOW BULL
& WEISS LLP

/s/ Kurt Micklow
Kurt Micklow
Attorneys for Claimant
MOHEY MERSAL (*as authorized by Kurt Micklow on October 16, 2025*)

**ORDER**

IT IS SO ORDERED.

Dated: October 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: 415-438-4600
Fax: 415-438-4601

5   Case No. 2:25-CV-01112-DJC-JDP
STIPULATION AND ORDER LIFTING INJUNCTION
ON THE STATE COURT ACTION AND STAYING THIS ACTION